CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JAMES MISSIRIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THOMAS Y. CHUN, M.C., et al.,**<br><br>*Defendants*. | **Civil Action No. 13-7029**<br><br>**ORDER** |

Before the Court is the Report and Recommendation ("R & R") filed on February 11, 2015, by Magistrate Judge James B. Clark, III ("Magistrate Judge Clark") recommending that the complaint of Plaintiff James Missiris be dismissed without prejudice for failure to prosecute his case and comply with Court Orders. No objections have been filed to the R & R.

This Court has reviewed the reasons set forth by Magistrate Judge Clark in the R & R and the other documents in this matter. Based on the foregoing, and for good cause shown,

IT IS on this 27th day of February, 2015,

**ORDERED** that the R & R of Magistrate Judge Clark is ADOPTED as the conclusions of law of this Court; and it is further

**ORDERED** that this case be dismissed without prejudice.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**